IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT,<br><br>    Petitioner,<br><br>vs.<br><br>MATTHEW G. GUERRERO,<br><br>    Respondent.<br>_____/ | 1:05-CV-00771-AWI-TAG-HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION OF SEPTEMBER 26, 2005 (Doc. 5)]<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

    Petitioner is a state prisoner proceeding with a civil rights action pursuant to 28 U.S.C. § 2254.  On September 26, 2005, Magistrate Judge Theresa A. Goldner submitted a Report and Recommendation to United States District Judge Anthony W. Ishii to dismiss Petitioner's case for failure to comply with the court's order of August 10, 2005, which ordered Petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee.  (Doc. 5).  On October 6, 2005, Petitioner filed objections to the Report and Recommendation, explaining that circumstances at the prison beyond his control prevented compliance with the Court's order.  (Doc. 6).

    The Court has considered Petitioner's objections to the Report and Recommendation, and concludes that Petitioner has established good cause for the Court to vacate its September 26, 2005 Report and Recommendation.

Accordingly, GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The Report and Recommendation dated September 26, 2005 (Doc. 5), is VACATED;

2. Petitioner is granted thirty (30) days from the date of service of this order in which to file an application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, to pay the $5.00 filing fee; and

3. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 4, 2005**            **/s/ Theresa A. Goldner**
j6eb3d                                              UNITED STATES MAGISTRATE JUDGE