IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT, | 1:05-cv-0771-AWI TAG HC |
| Petitioner, | |
| vs. | ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| MATTHEW G. GUERRERO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 7, 2005, the Court vacated its Findings and Recommendations and further granted Petitioner an extension of time to file an in forma pauperis application, and a certified copy of his trust account statement, or pay the $5.00 filing fee.  (Doc. 7).  On December 6, 2005, in compliance with the order, Petitioner submitted an application to proceed in forma pauperis.  (Doc. 10).

However, Petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition.  See 28 U.S.C.

1

1  § 1915(a)(2).  Petitioner has advised the court he has submitted
2  the request to the trust account office; however, the prison is
3  currently on lock down.  Therefore, Petitioner will be provided
4  an additional opportunity to submit a certified copy of his trust
5  account statement in support of his request to proceed in forma
6  pauperis, **or** pay the $5.00 filing fee.
7       Accordingly, IT IS HEREBY ORDERED that within thirty
8  (30) days of the date of service of this order, Petitioner shall
9  submit a certified copy of his prison trust account statement for
10 the six month period immediately preceding the filing of the
11 petition, or in the alternative, pay the $5.00 filing fee for
12 this action.
13    Failure to comply with this order will result in a
14 recommendation that this action be dismissed.

17 IT IS SO ORDERED.

18 Dated:   **January 27, 2006**              **/s/ Theresa A. Goldner**
   **j6eb3d**                          UNITED STATES MAGISTRATE JUDGE