IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE HACKETT, | 1:05-cv-00771-AWI-TAG-HC |
| Petitioner, | ORDER VACATING REPORT AND RECOMMENDATION OF OCTOBER 23, 2006 (Doc. 15) |
| vs. | |
| MATTHEW G. GUERRERO, | ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE |
| Respondent. | |

Petitioner is a prisoner proceeding pro se with a habeas corpus action pursuant to 42 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

On October 23, 2006, the court submitted a Report and Recommendation to United States District Judge Anthony W. Ishii to dismiss petitioner's case for failure to comply with the court's order of March 13, 2006, which ordered petitioner to submit a certified copy of his prison trust account statement or pay the $5.00 filing fee. (Doc. 15). On November 1, 2006, petitioner filed objections to the Report and Recommendation, explaining that his failure to comply with the court's order was caused by circumstances including his parole from Salinas Valley State Prison and subsequent re-incarceration at Pleasant Valley State Prison. (Doc. 16).

1

1    Initially, the court notes, as it did in the Report and Recommendation of October 23, 2006,
2 that on three prior occasions, this court has ordered petitioner to supply financial information
3 regarding his inability to pay or else to pay the $5.00 filing fee in order for the court to proceed with
4 this case.  On two prior occasions, the court has issued Reports and Recommendations to dismiss the
5 case because petitioner has failed to comply with those previous orders of the court.  Each time,
6 Petitioner has filed objections, thus requiring the Court to vacate its Report and Recommendation
7 and order anew that petitioner pay the $5.00 fee or submit sufficient information on which the court
8 could determine petitioner's in forma pauperis status.

9    The consequence of this history of procrastination by petitioner is that the case has been
10 pending for almost eighteen months without the court having conducted its initial screening of the
11 petition because the issue of petitioner's filing fee has not been resolved.  The court's patience is
12 rapidly reaching its end.

13    Now, petitioner contends that his parole and re-incarceration, presumably upon a parole
14 violation, is justification for yet another round of orders by the court and yet more procrastination by
15 petitioner.  It is not at all clear to this court why being on parole should excuse the payment of a
16 $5.00 filing fee.   Indeed, it seems reasonable to suppose that, during the course of petitioner's
17 parole, he could easily have accumulated the $5.00 needed to pay the instant filing fee.  Nor is it
18 clear why petitioner's re-incarceration should excuse his failure to supply the court with the
19 requested financial information from his trust account.  Now that he is re-incarcerated, supplying this
20 information, as countless other petitioners now before this court have successfully done, should not
21 entail any great difficulty nor require additional time.

22    Nevertheless, the court will provide petitioner with one, **and only one**, final opportunity to
23 resolve these issues.  Should petitioner fail to take advantage of this opportunity, the court will not
24 hesitate to recommend that petitioner's motion for in forma pauperis status be DENIED, and that the
25 petition should be DISMISSED for failure to pay the filing fee.  Petitioner will be provided the
26 opportunity to submit a certified copy of his prison trust account statement for the last six months, or
27 ///
28

in the alternative, to pay the $5.00 filing fee for this action.  To that end, the Report and Recommendation of October 23, 2006 (Doc. 15), shall be vacated.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation of October 23, 2006 (Doc. 15), is vacated in its entirety; and

2. Within twenty (20) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the last six months, or in the alternative, pay the $5.00 filing fee for this action.

**Failure to comply with this order *will* result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **November 9, 2006**                                        **/s/ Theresa A. Goldner**
**j6eb3d**                                                                         UNITED STATES MAGISTRATE JUDGE

3